ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT

AUG 1 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOE A. HOUGHTON,<br><br>           Petitioner,<br><br>      v.<br><br>M.S. EVANS, WARDEN,<br><br>          Respondent. | Case No. CV 09-04720 RSWL (AN)<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED AND DECREED THAT the petition for a writ of habeas corpus is dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

DATED: August 17, 2009

/ s /
_____
HONORABLE  RONALD S.W. LEW
Senior, U.S. District Court Judge